FILED
3/14/19 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Scott A. Kramer<br>Whittni M. Kramer fka Whittni M. Wheeling<br>Debtors | |
| PNC BANK NATIONAL ASSOCIATION<br>Movant<br>v.<br>Scott A. Kramer<br>Whittni M. Kramer fka Whittni M. Wheeling<br>Respondents<br>and<br>Tamera O. Rothschild, Trustee<br>Additional Respondent | BK. NO. 18-11256 TPA<br><br>CHAPTER 7<br><br>Related to Document No. 22 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 14th day of March, 2019, upon Motion of PNC BANK NATIONAL ASSOCIATION, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 437 Keely Road, Franklin, PA 16323 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

Scott A. Kramer
793 Keely Road
Franklin, PA 16323

Whittni M. Kramer fka Whittni M. Wheeling
793 Keely Road
Franklin, PA 16323

Daniel P. Foster Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

Tamera O. Rothschild
314 South Franklin Street
Suite A
Titusville, PA 16354
trothschild@gmx.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott A. Kramer  
Whittni M. Kramer  
      Debtors

Case No. 18-11256-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Mar 14, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.  
db/jdb       +Scott A. Kramer,    Whittni M. Kramer,    793 Keely Road,    Franklin, PA 16323-6027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:  
         Daniel P. Foster    on behalf of Joint Debtor Whittni M. Kramer dan@mrdebtbuster.com,  
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
         Daniel P. Foster    on behalf of Debtor Scott A. Kramer dan@mrdebtbuster.com,  
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
         James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com  
                                                                                                                       TOTAL: 5